ORIGINAL

STEVEN K. SHARPE
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2907

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 2 8 2006

Stephan Harris, Clerk
Cheyenne

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03-CR-00103-01B |
| | ) | |
| v. | ) | |
| | ) | |
| DRANDON JOHN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary imposition(s) only.

**DATED** this __27th__ day of June, 2006.

MATTHEW H. MEAD
United States Attorney

BY:_____
STEVEN K. SHARPE
Assistant United States Attorney