PROB 34
1/92

Report and Order Terminating Supervised Release

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 3 1 2006

Stephan Harris, Clerk
Cheyenne

**UNITED STATES OF AMERICA**

v.                                    Criminal. No.    03-CR-00103-01B

**DRANDON JOHN BROWN**

It appearing that the above named has complied with the conditions of supervision imposed by the Order of the Court heretofore made and entered in this case and that the period of supervision expired on **October 15, 2006** . I therefore recommend that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Respectfully submitted,

*[signature]*

Scott R. Erickson
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___21st___ day of ___October___, 20_06_.

*[signature]*

Clarence A. Brimmer
United States District Judge